UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JACOBY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NEUROPACE, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-08136-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 22, 2022**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 29, 2022, at 1:30 p.m. by Zoom Webinar** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: July 15, 2022

_____
Richard Seeborg
Chief United States District Judge