Marc Y. Lazo SBN: 215998
**K & L LAW GROUP, P.C.**
2646 Dupont Dr., Suite 60340
Irvine, California 92612
Phone No.: (949) 216-4002
Facsimile:  (800) 596-0579
mlazo@kllawgroup.com

Attorneys for Plaintiffs JAMES JACOBY, GEORGE VACHTSEVANOS and JAVIER ECHAUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JACOBY, GEORGE VACHTSEVANOS, AND JAVIER ECHAUZ as Shareholders,<br><br>           Plaintiffs,<br><br>vs.<br><br>NEUROPACE, INC.; ISABELLA ABATI; LISA ANDRADE; MICHAEL FAVET; FRANK FISCHER; GREG GARFIELD; REBECCA KUHN; RAKHI KUMAR; JOSEPH LACOB; ANDRE MARQUEETTE; MARTHA MORRELL; EVAN NORTON; CHI NGUYEN; TIMOTHY PROULX; IRINA RIDLEY; RENEE RYAN; MARK SAXTON; CAIRN SEALE; DYLAN ST. JOHN; IRENE THOMAS; and DOES 1-50<br><br>           Defendants | Case No.: 3:21-cv-08136-RS<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

### STIPULATION

Plaintiffs James Jacoby, George Vachtsevanos, and Javier Echauz ("Plaintiffs") and Defendants NeuroPace, Inc. ("NeuroPace"), Isabella Abati, Lisa Andrade, Michael Favet, Frank Fischer, Greg Garfield, Rebecca Kuhn, Rakhi Kumar, Joseph Lacob, Andre Marquette, Martha Morrell, Evan Norton, Chi Nguyen, Timothy Proulx, Irina Ridley, Renee Ryan, Mark Saxton,

1

Cairn Seale, Dylan St. John, and Irene Thomas (together with NeuroPace, "Defendants" and collectively with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby agree and stipulate to the following:

**WHEREAS**, on October 10, 2021, Plaintiffs filed their Complaint (ECF No. 1) initiating this action (the "Action");

**WHEREAS**, the Complaint alleged causes of action against Defendants NeuroPace, Favet, Fischer, Garfield, Kumar, Lacob, Norton, and Ryan for fraudulent concealment, breach of fiduciary duty, violation of California Business and Professions Code § 17200, violation of California Corporations Code § 1601(a), and violation of the Securities and Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78i(2);

**WHEREAS**, Defendants NeuroPace, Favet, Fischer, Garfield, Kumar, Lacob, Norton, and Ryan were never served with the Complaint;

**WHEREAS**, on December 28, 2021, Plaintiffs filed their First Amended Complaint (ECF No. 14);

**WHEREAS**, the First Amended Complaint, in addition to naming NeuroPace, Favet, Fischer, Garfield, Kumar, Lacob, Norton, and Ryan, also names Abati, Andrade, Kuhn, Marquette, Morrell, Nguyen, Proulx, Ridley, Saxton, Seale, St. John and Thomas as Defendants;

**WHEREAS**, the First Amended Complaint alleges the same causes of action as the Complaint, except that Plaintiffs no longer assert claims for violation of California Corporations Code § 1601(a) and Exchange Act, 15 U.S.C. § 78i(2); instead, Plaintiffs assert a violation of the right to inspect records under California Civil Code § 5200 and Corporations Code §§ 8330, 8331, and 8333, and a claim under Section 9(a)(2) of the Exchange Act, 15 U.S.C. § 78i(a)(2);

**WHEREAS**, on June 10, 2022, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") (ECF No. 45);

**WHEREAS**, on June 13, 2022, the Court rescheduled the Motion hearing from July 21, 2022, to July 28, 2022 (ECF No. 47);

**WHEREAS**, on July 15, 2022, the Parties filed a Notice of Settlement informing the

Court that the Parties had reached an agreement-in-principle to resolve this Action in its entirety and requesting that the Court vacate, among other deadlines, the hearing on Defendants' Motion (ECF No. 54);

**WHEREAS**, on July 15, 2022, the Court issued an order vacating all hearings, dates, and deadlines, including the hearing on Defendants' Motion, and ordering that the Parties file a stipulation of dismissal on or before September 22, 2022 (ECF No. 55);

**WHEREAS**, on August 8, 2022, the Parties entered into a confidential settlement agreement resolving Plaintiffs' claims in this Action and requiring Plaintiffs to dismiss their claims in this Action with prejudice; and

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(2), by and between the undersigned counsel on behalf of the Parties, and subject to the Court's approval, that:

1. Plaintiffs' claims are dismissed with prejudice.
2. Judgment is entered closing this action.

**SO STIPULATED.**

Dated:  August 9, 2022                               **K&L LAW GROUP, P.C.**

_____
Marc Lazo
Attorneys for Plaintiffs James Jacoby,
George Vachtsevanos, and Javier Echauz

Dated:  August 9, 2022                               **COOLEY LLP**

/s/ *Jeffrey D. Lombard*
Jeffrey D. Lombard
Attorneys for Defendants
NeuroPace, Inc.; Isabella Abati; Lisa Andrade; Michael Favet; Frank Fischer; Greg Garfield; Rebecca Kuhn; Rakhi Kumar; Joseph Lacob; Andre Marquette; Martha Morrell; Evan Norton; Chi Nguyen; Timothy Proulx; Irina Ridley; Renee Ryan;

Mark Saxton; Cairn Seale; Dylan St. John; and Irene Thomas

Pursuant to Civil L.R. 5-1(h), all signatories concur in filing this stipulation.

Dated:   August 9, 2022            **K&L LAW GROUP, P.C.**

_____
Marc Lazo
Attorneys for Plaintiffs James Jacoby, George Vachtsevanos, and Javier Echauz

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:__August 9_____, 2022   _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE